FILED
CLERK, U.S. DISTRICT COURT
05/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:21-cr-00113-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [8 U.S.C. §§ 1326(a), (b)(2): Alien Found in the United States Following Deportation] |
| ANTONIO EDGAR GONZALEZ-ALEMAN, | |
| Defendant. | |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about October 17, 2020, defendant ANTONIO EDGAR GONZALEZ-ALEMAN, an alien, who had been officially deported and removed from the United States on or about December 18, 2002; May 12, 2006; December 17, 2008; December 20, 2008; December 30, 2008; July 27, 2009; December 29, 2009; January 1, 2010; May 18, 2010; August 25, 2010; April 13, 2012; and March 18, 2016, was found in San Bernardino County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained

permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

At least one of defendant's previously alleged deportations and removals from the United States occurred subsequent to defendant's conviction for an aggravated felony, namely, Possession with Intent to Distribute a Quantity Less than 50 Kilograms of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D), in the United States District Court for the Southern District of Texas, case number 10-CR-01743, on or about April 19, 2011, a drug trafficking crime for which the sentence imposed was 41 months of imprisonment.

A TRUE BILL

/s/

_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

BYRON R. TUYAY
Assistant United States Attorney
Riverside Branch Office