1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  ANGELA C. C. VIRAMONTES (Bar No. 228228)
   (E-Mail: angela_viramontes@fd.org)
3  Deputy Federal Public Defender
   3801 University Avenue, Suite 700
4  Riverside, California 92501
   Telephone: (951) 276-6346
5  Facsimile: (951) 276-6368

6  Attorneys for Defendant
   ANTONIO EDGAR GONZALEZ-ALEMAN

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

12

13  UNITED STATES OF AMERICA,          Case No. ED CR 21-00113-DSF

14          Plaintiff,                 *CORRECTED* EX PARTE
                                       APPLICATION RE
15     v.                              DETERMINATION OF MENTAL
                                       COMPETENCY OF ANTONIO
16  ANTONIO EDGAR GONZALEZ-            EDGAR GONZALEZ-ALEMAN;
    ALEMAN,                            DECLARATION OF ANGELA C. C.
17                                     VIRAMONTES; MEMORANDUM
            Defendant.                 OF POINTS AND AUTHORITIES;
18                                     [PROPOSED] ORDER

19

20

21         Defense counsel, Deputy Federal Public Defender Angela C. C. Viramontes,

22  hereby applies *ex parte* for an order to have the mental health division of the Los Angeles

23  Metropolitan Detention Center examine Mr. Antonio Edgar Gonzalez-Aleman pursuant

24  to 18 U.S.C. § 4241, and file a forensic mental health evaluation pursuant to 18 U.S.C. §

25  4247 regarding the mental competency of Mr. Antonio Edgar Gonzalez-Aleman to

26  understand the nature of the proceedings and assist his counsel. The government does

27  not object to this request.
    ///
28
    ///

1         This application is based on the file of this case, the Declaration of Angela C. C.

2   Viramontes, and the Memorandum of Points and Authorities.

3

                             Respectfully submitted,

4

                             CUAUHTEMOC ORTEGA

5                              Federal Public Defender

6

7 DATED:  September 19, 2022      By  */s/ Angela C. C. Viramontes*

8                              ANGELA C. C. VIRAMONTES
                             Deputy Federal Public Defender

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ANGELA C. C. VIRAMONTES

I, Angela C. C. Viramontes, declare:

1.     I am a Deputy Federal Public Defender for the Central District of California. In this capacity, I represent Mr. Gonzalez-Aleman.

2.     Mr. Gonzalez-Aleman is charged with violating 8 U.S.C. §§ 1326(a), (b)(2), Illegal Alien Found in the United States Following Deportation.

3.     On July 11, 2022, Mr. Gonzalez-Aleman's case was reassigned to me. Based on my review of Mr. Gonzalez-Aleman's medical records, I believe Mr. Gonzalez-Aleman suffers from a mental disease or defect, and consequently, should be evaluated for competency under 18 U.S.C. § 4241, and receive an examination by a Los Angeles Metropolitan Detention Center psychiatrist under 18 U.S.C. § 4247. I believe he is presently unable to understand the nature of the proceedings against him and assist properly in his defense.

4.     On September 19, 2022, I spoke with Assistant United States Attorney, Courtney Williams, via phone, about this ex parte application regarding the determination of mental competency. AUSA Williams stated that the government does not object to this ex parte application regarding the determination of mental competency.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true to the best of my knowledge. Executed this 19th day of September, 2022, in Riverside, California.


*/s/ Angela C. C. Viramontes*
ANGELA C. C. VIRAMONTES
Deputy Federal Public Defender

3

MEMORANDUM OF POINTS AND AUTHORITIES

At any time after the commencement of a prosecution for an offense, and prior to sentencing, a defendant, through the defendant's counsel or the attorney for the government, may file a motion for a hearing to determine the mental competency of the defendant. The Court shall grant the motion if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering the defendant mentally incompetent to the extent that the defendant is unable to understand the nature and consequences of the proceedings against the defendant or to assist properly in the defendant's defense. 18 U.S.C. § 4241(a).

Pursuant to 18 U.S.C. § 4241(b), prior to the hearing on the issue of the defendant's mental competency, the Court may order that a psychiatric or psychological examination of the defendant be conducted, and that a report be filed with the court, pursuant to 18 U.S.C. § 4247(b) and (c). Defense counsel requests that the Court order a psychiatric examination.

Pursuant to 18 U.S.C. § 4247(b), the examination shall be conducted by a licensed psychiatrist or psychologist, who shall be designated by the Court. Defense counsel requests that a psychiatrist at the Los Angeles Metropolitan Detention Center conduct the evaluation. The Court may commit the person to be examined for a reasonable period, but not to exceed thirty days. 18 U.S.C. § 4247(b). The examination should be conducted in a suitable facility closest to the Court. *Id.* A report shall be done and filed by the examiner with the Court with copies provided to defense counsel and government counsel. 18 U.S.C. § 4247(c).

///

///

///

///

///

///

4

1       Defense counsel requests that the report be completed within 30 days, but notes

2  that under 18 U.S.C. § 4247(b), the director of the facility may apply for a reasonable

3  extension not to exceed fifteen days upon a showing of good cause that additional time

4  is necessary to observe and evaluate the defendant.

5                       Respectfully submitted,

6                       CUAUHTEMOC ORTEGA
                     Federal Public Defender

7

8  DATED:  September 19. 2022      By  */s/ Angela C. C. Viramontes*

9                       ANGELA C. C. VIRAMONTES
                     Deputy Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5